UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SAFEWAY ENVIRONMENTAL CORP.<br><br>              Plaintiff,<br><br>-v-<br><br>AMERICAN SAFETY INSURANCE COMPANY<br><br>              Defendant. | Case No. 08 CV 6977<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

SAFEWAY ENVIRONMENTAL CORP.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 08/04/08

Signature of Attorney

Attorney Bar Code: JSF 2517

Form Rule7_1.pdf   SDNY Web 10/2007