UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Safeway Environmental Corp.

Case No.: 1:08-CV-06977 (WHP)

Plaintiff,

-against-                                  **NOTICE OF CHANGE OF
                                           ATTORNEY INFORMATION**

American Safety Insurance Company

Defendant.
----------------------------------------------------------------x

Please be advised that the contact information for Jeffrey S. Ettenger, attorney for

Plaintiff, has been changed to the firm of Kaufman Dolowich & Voluck LLP, 135 Crossways

Park Drive, Suite 201, Woodbury, New York 11797, telephone (516) 681-1100, fax (516) 681-

1101 and email JEttenger@kdvlaw.com. Please update said information and send all attorney

notifications to the above-referenced address.

Dated: Woodbury, New York
       August 13, 2008

                              Kaufman Dolowich & Voluck LLP
                              Attorneys for Plaintiff

                       By: _____
                              Jeffrey S. Ettenger, ESQ.
                              135 Crossways Park Drive, Suite 201
                              Woodbury, NY  11797
                              (516) 681-1100